**99–480.   State v. Pena.**
Lorain App. No. 98CA007229.   On motion for leave to file delayed appeal.   Motion denied.
PFEIFER, J., dissents.

**99–490.   State v. Deen.**
Montgomery App. No. 13224.   On motion for leave to file delayed appeal.   Motion denied.

**99–492.   State v. Bates.**
Cuyahoga App. No. 71920.   On motion for leave to file delayed appeal.   Motion denied.

**99–492.   State v. Bates.**
Cuyahoga App. No. 71920.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellant's motion for stay of court of appeals' judgment,
IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**99–551.   Brickweg v. St. Bernard.**
Hamilton App. No. C–980177.   This cause is pending before the court as a discretionary appeal and claimed appeal of right.   Upon consideration of appellants' motion for stay of court of appeals' judgment,
IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–570.   DeRolph v. State.**
Perry C.P. No. 22043.   This cause is pending before the court as an appeal from the Court of Common Pleas of Perry County.
IT IS ORDERED by the court, *sua sponte,* that the time for certifying and transmitting the record in this cause is hereby extended to May 3, 1999.

## DISCRETIONARY APPEALS ALLOWED

**98–2475.   State v. Bugert.**
Lucas App. No. L–98–1040.   *Sua sponte,* cause held for the decision in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327;  briefing schedule stayed.

**98–2477.   State v. Esmond.**
Lucas App. No. L–98–1132.   *Sua sponte,* cause held for the decision in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327;  briefing schedule stayed.

**99–146.   Estate of Dillard v. Liberty Mut. Ins. Co.**
Stark App. No. 1998CA00161.   *Sua sponte,* cause held for the decision in 98–442, *Scott–Pontzer v. Liberty Mut. Fire Ins. Co.,* Stark App. No. 1997CA00152;  briefing schedule stayed.

**99–159.   Mossing v. State Farm Ins. Co.**
Lucas App. No. L–98–1052.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–181.   Gucciardo v. Stow City School Dist.**
Summit App. No. 18945.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–206.   Humphrey v. Lane.**
Hocking App. No. 98CA4.
F.E. SWEENEY, J., dissents.

**99–243.   State v. Livingston.**
Hamilton App. No. C–980301.   Discretionary appeal allowed;  *sua sponte,* cause held for the decision in 98–1612, *State v. Hughes,* Stark App. No. 97CA0356;  briefing schedule stayed.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.